**Donald H. BRANCATO,
Plaintiff/Appellant,**

v.

**CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,
Defendant/Respondent.**

No. 71321.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 1997.

Application to Transfer Denied
June 17, 1997.

Donald H. Brancato, St. Louis, pro se.

J. Stephen Erickson, Linda L. Hahn, Law Office of J. Steven Erickson, St. Louis, for defendant/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals the judgment for defendant in plaintiff's small claims action for negligence. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. Rule 84.16(b).